125 A.3d 1196

**Michael P. KERAK, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2015, the direct appeal is hereby **QUASHED.**